OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1R         $ 00.26⁵
0006557458    OCT 30 2014
MAILED FROM ZIP CODE 78701

10/29/2014

VELA, JOSE EDUARDO    Tr. Ct. No. CR-928-11-B(1)    WR-82,288-01

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

RTS

JOSE EDUARDO VELA
- TDC # 1711519

UTF

EBN3B 77515